UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ERIC P. NELSON, ) <br> ) <br> Defendant. ) <br> ) | Case No. CR95-854-RAJ <br><br> **PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE** |

INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on March 23, 2009. The defendant appeared pursuant to a summons issued in this case. The United States was represented by Adam Cornell, and defendant was represented by Bruce D. Erickson. Also present was U.S. Probation Officer Thomas J. Fitzgerald. The proceedings were digitally recorded.

CONVICTION AND SENTENCE

Defendant was sentenced on December 13, 1996 by the Honorable Barbara J. Rothstein to Unlawful Possession of a Firearm. He received 180 months imprisonment and 5 years of supervised release. On January 20, 2009, the Probation Department submitted a report that defendant had consumed cocaine. The Court took no action and the defendant was referred for a

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO VIOLATIONS OF
SUPERVISED RELEASE -1

drug evaluation.

## PRESENTLY ALLEGED VIOLATIONS AND
## DEFENDANT'S ADMISSION OF THE VIOLATION

In a petition dated February 10, 2009, Supervising U.S. Probation Officer Thomas J. Fitzgerald alleged that defendant violated the following conditions of supervised release:

1. Consuming cocaine on or before January 5, and 9, 2009, in violation of the mandatory condition of supervised release that he not use any controlled substances.

2. Distributing cocaine on or before January 29 and February 2 and 6, 2009, in violation of the mandatory condition of supervised release that not commit another federal, state, and/or local crime.

3. Possessing cocaine on or before January 29 and February 2 and 6, 2009, in violation of the mandatory condition of supervised release that no commit another federal, state, and/or local crime.

Defendant admitted the above violations, waived any hearing as to whether they occurred, and was informed the matter would be set for a disposition hearing April 3, 2009 at 9:00 a.m. before District Judge Richard A. Jones.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 23rd day of March, 2009.

/s/ 
BRIAN A. TSUCHIDA
United States Magistrate Judge

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO VIOLATIONS OF
SUPERVISED RELEASE -2