Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR95-854RAJ |
| Plaintiff, | |
| v. | ORDER TO SEAL DOCUMENT |
| ERIC PAUL NELSON, | |
| Defendant. | |

Having considered the Government's Motion to Seal and because of the sensitive information contained within the Defendant's Presentence Report,

It is hereby ORDERED that the Government's Motion to Seal (Dkt. #106) is GRANTED. Defendant's presentence report, filed under seal as Exhibit A to the Government's Sentencing Memorandum, shall remain sealed.

DATED this 5th day of May, 2016.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

Order to Seal Document
*United States v. Eric Paul Nelson*, CR95-854RAJ - Page 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970